**James R. YOCOM, Commissioner of Labor, etc.**

v.

**Fox HOBSON and Levisa Coal Corporation et al.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

Gemma M. Harding, Louisville, Atty. for Special Fund, Department of Labor, for appellant.

Lowe & Lowe, Pikeville, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Reversing.*

**Ivan STAVERSON and Verna Staverson, Appellants,**

v.

**KENTUCKY UTILITIES COMPANY, Appellee.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

G. Wix Unthank, Charles T. Cornett, Harlan, for appellants.

Rice & Huff, Harlan, Stoll, Keenon & Park, Lexington, for appellee.

Opinion of the Court by Special Commissioner FREDERICK M. WARREN, Affirming.*

**Stanley SHOCKLEY, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

B. C. Morton, Titus Lyle, Keen & Lyle, Scottsville, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**Hardin P. WILLOUGHBY, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

Hardin P. Willoughby, pro se.

Ed W. Hancock, Atty. Gen., J. T. Frankenberger, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.